IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

UNITED STATES OF AMERICA :
:
v. : CRIMINAL NO. GLR-13-0587
:
JEROME ADOLFO CASTLE, :
  a/k/a Dontwon Burris, Defendant. :
...ooo0ooo...

### PRELIMINARY FORFEITURE ORDER

The defendant, Jerome Adolfo Castle, having entered a plea of guilty on November 19, 2013, to Conspiracy to Distribute and Possess with the Intent to Distribute Cocaine and Marijuana, in violation of 21 U.S.C. Section 846 and Conspiracy to Launder Money in violation of 18 U.S.C. Section 1956(h); and the defendant also having agreed to forfeit all of his rights, title, and interest in the following described items and properties:

  a.  All right, title and interest in the MEER Group and in all properties held by the MERR Group, including, but not limited to the following properties:

  1. 4406 Findlay Road, Baltimore, MD 21206;

  2. 825 Wildwood Parkway, Baltimore, MD 21229;

  3. 3445 Harwell Avenue, Baltimore, MD 21213;

  4. 5205 Craig Avenue, Baltimore, MD 21212;

  5. 3031 Westfield Avenue, Baltimore, MD 21214;

  6. 3102 Belmont Avenue, Baltimore, MD 21216;

  7. 3337 Elmley Avenue, Baltimore, MD 21213;

  b.  Assorted jewelry valued at $411,111.00, more or less, seized from 132 Archimedes Court, Pikesville, Maryland, on April 22, 2013;

  c.  United States currency in the amount of $57,997.00, more or less,

seized from 132 Archimedes Court, Pikesville, Maryland, on April 22, 2013, and $457.00 seized from Jerome Castle at the time of his arrest;

        d.     Men's Chrome Bracelet watch seized from 132 Archimedes Court, Pikesville, Maryland, on April 22, 2013;

        e.     Ninety-eight (98) pairs of assorted men's shoes seized from 132 Archimedes Court, Pikesville, Maryland, on April 22, 2013;

        f.     Two Sony Vaio laptop computers and one Apple I-Pad seized from 132 Archimedes Court, Pikesville, Maryland, on April 22, 2013;

        g.     Seven firearms and assorted ammunition seized from 132 Archimedes Court, Pikesville, Maryland, on April 22, 2013;

        h.     All right, title and interest of Jerome Adolfo Castle in the following vehicles:

        1.  2011 Ford F-150 VIN# 1FTFW1ET3BKD42678;

        2.  2009 Ford F-150 VIN# 1FTRW14849FB11219;

        3.  2007 Ford F-150 VIN# 1FTPW145X7KB30262;

        4.  2009 Jaguar XF Premium VIN# SAJWA06B49HR13943;

        5.  2010 Dodge Caravan VIN# 2D4RN5D16AR434720;

        6.  2008 Toyota Camry VIN# 4T1BK46K88U56624

and the charges to which the defendant pled guilty alleged that these items were proceeds of a specified unlawful activity; it is hereby **ORDERED, ADJUDGED, AND DECREED** as follows:

        1.     that the following properties are **FORFEITED** to the United States pursuant to 18 U.S.C. section 982:

        a.     All right, title and interest in the MEER Group and in all properties held by the MERR Group, including, but not limited to the following properties:

        1.     4406 Findlay Road, Baltimore, MD 21206;
        2.     825 Wildwood Parkway, Baltimore, MD 21229;
        3.     3445 Harwell Avenue, Baltimore, MD 21213;

4.   5205 Craig Avenue, Baltimore, MD 21212;
5.   3031 Westfield Avenue, Baltimore, MD 21214;
6.   3102 Belmont Avenue, Baltimore, MD 21216;
7.   3337 Elmley Avenue, Baltimore, MD 21213;

b.   Assorted jewelry valued at $411,111.00, more or less, seized from 132 Archimedes Court, Pikesville, Maryland, on April 22, 2013;

c.   United States currency in the amount of $57,997.00, more or less, seized from 132 Archimedes Court, Pikesville, Maryland, on April 22, 2013, and $457.00 seized from Jerome Castle at the time of his arrest;

d.   Men's Chrome Bracelet watch seized from 132 Archimedes Court, Pikesville, Maryland, on April 22, 2013;

e.   Ninety-eight (98) pairs of assorted men's shoes seized from 132 Archimedes Court, Pikesville, Maryland, on April 22, 2013;

f.   Two Sony Vaio laptop computers and one Apple I-Pad seized from 132 Archimedes Court, Pikesville, Maryland, on April 22, 2013;

g.   Seven firearms and assorted ammunition seized from 132 Archimedes Court, Pikesville, Maryland, on April 22, 2013;

h.   All right, title and interest of Jerome Adolfo Castle in the following vehicles:

1.   2011 Ford F-150 VIN# 1FTFW1ET3BKD42678;
2.   2009 Ford F-150 VIN# 1FTRW14849FB11219;
3.   2007 Ford F-150 VIN# 1FTPW145X7KB30262;
4.   2009 Jaguar XF Premium VIN# SAJWA06B49HR13943;
5.   2010 Dodge Caravan VIN# 2D4RN5D16AR434720;
6.   2008 Toyota Camry VIN# 4T1BK46K88U56624

2.   that the United States Attorney General or his authorized designee shall seize and dispose of the property specified in Paragraph 1 in accordance with law, 21 U.S.C. section 853(g), and Fed.R.Crim.P. 32.2(b)(2);

3. that the United States shall publish notice of this Order in accordance with 21 U.S.C. section 853(n)(1) and Fed.R.Crim.P. 32.2(b)(6); and

4. that the Clerk of the Court shall provide copies of this Order to all parties of record.

2/12/14
Date

George L. Russell III
United States District Judge