IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| Plaintiff | * | |
| V. | * | Criminal No. GLR-13-0587 |
| JEROME ADOLFO CASTLE. | * | |
| | * | |

\*      \*      \*      \*      \*

## PETITION ASSERTING LEGAL INTEREST AND TITLE

Pursuant to 21 U.S.C. §853(n)(2), the claimant, Rupert Castle, submits this petition - asserting a legal interest in the property and contesting the forfeiture and continued seizure of property specified in the attachment to this petition, and further identified in the Preliminary Order of Forfeiture entered in the above-captioned matter. The Claimant says as follows:

1.    I received notice of the criminal forfeiture action through Joseph Murtha, Esquire.

2.    This petition is timely filed to contest the forfeiture.

3.    I am the owner and/or have an ownership interest in the property identified in the attachment, for the reasons detailed below.

4.    I have a legal interest and title in the assets of MERR Group, LLC as stated in the accompanying affixed exhibits. I am the general partner and resident agent for MERR Group, LLC, as noted by the accompanying Corporate Charter Sheet, Resolution to Change Principal Office or Resident Agent, and Articles of Organization and related documents

filed with the Maryland Department of Assessments and Taxation. See Exhibit 1.

5.   The legal interest and title in the assets of the MERR Group, LLC was vested at the time the acts giving rise to the forfeiture were committed.

6.   The circumstance of the acquisition of the legal interest and title in the identified property is that through personal savings and through obtaining financing through private parties I was able to acquire interest and title in the properties on behalf of the MERR Group, LLC. Accompanying this Claim as Exhibit 2 you will find identification of the properties owned by MERR Group, LLC, of which I am the general partner. These properties represent the properties which the government seeks forfeiture.

7.   Further contact on this matter should be directed to my lawyer, Joseph Murtha, Esquire, Murtha Psoras & Lanasa, LLC, 1301 York Road, Suite 200, Lutherville, Maryland 21093, (410) 583-6969,

## VERIFICATION

Pursuant to 21 U.S.C. § 853(n)(3) addressing verification, I declare under the penalties of perjury that the foregoing is true and correct.

Rupert Castle

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of March, 2014, I served and/or caused to be served a copy of the foregoing document on James Warwick, Assistant United States Attorney, (James.Warwick@usdoj.gov) 36 S. Charles Street, Fourth Floor, Baltimore, Maryland 21201 by providing an electronic copy of this document to him.

Rupert Castle

JM10048

Exhibit 1

//

Entity Name: MERR GROUP LLC
Dept ID #: W13412598

General Information    Amendments    Personal Property    Certificate of Status

| | |
|---|---|
| **Principal Office (Current):** | SUITE 138<br>7603 HARDORD ROAD<br>BALTIMORE, MD 21234 |
| **Resident Agent (Current):** | RUPERT CASTLE<br>5825 FALKIRK RD<br>BALTIMORE, MD 21239 |
| **Status:** | **ACTIVE** |
| Good Standing: | Yes   What does it mean when a business is not in good standing or forfeited? |
| Business Code: | Other |
| **Date of Formation or Registration:** | 02/03/2010 |
| **State of Formation:** | MD |
| **Stock/Nonstock:** | N/A |
| **Close/Not Close:** | Unknown |

---

**Link Definition**

| | |
|---|---|
| General Information | General information about this entity |
| Amendments | Original and subsequent documents filed |
| Personal Property | Personal Property Return Filing Information and Property Assessments |
| Certificate of Status | Get a Certificate of Good Standing for this entity |

# CORPORATE CHARTER APPROVAL SHEET
## ** KEEP WITH DOCUMENT **

DOCUMENT CODE **80**    BUSINESS CODE _____

# W13412598

Close _____    Stock _____    Nonstock _____

P.A. _____    Religious _____

Merging (Transf eror) _____

_____

_____

_____

Surviving (Transferee) _____

_____

_____

```
1000362002624072
```

ID # W13412598 ACK # 1000362002624072
PAGES: 0002
MERR GROUP LLC

12/15/2011 AT 02:00 P WO # 0003899166

New Name _____

_____

#### FEES REMITTED

| | |
|---|---|
| Base Fee: | 25 |
| Org. & Cap. Fee: | _____ |
| Expedite Fee: | _____ |
| Penalty: | _____ |
| State Recordation Tax: | _____ |
| State Transfer Tax: | _____ |
| Certified Copies | _____ |
| Copy Fee: | _____ |
| Certificates | |
| Certificate of Status Fee: | _____ |
| Personal Property Filings: | _____ |
| Mail Processing Fee: | _____ |
| Other: | _____ |
| TOTAL FEES: | 25 |

_____ Change of Name
__✓__ Change of Principal Office
_____ Change of Resident Agent
_____ Change of Resident Agent Address
_____ Resignation of Resident Agent
_____ Designation of Resident Agent
_____ and Resident Agent's Address
_____ Change of Business Code

_____ Adoption of Assumed Name

_____

_____

_____ Other Change(s)

_____

_____

Credit Card _____    Check _____    Cash _____

_____ Documents on _____ Checks

Approved By: _____

Keyed By: _____

COMMENT(S):

Code _____

Attention: _____

Mail: Name and Address

MERR GROUP LLC
SUITE 138
7608 HARFORD RD
BALTIMORE MD 21234-6402

This Form is Used by Entity. The F__ is $25.00.

## RESOLUTION TO CHANGE PRINCIPAL OFFICE OR RESIDENT AGENT

The directors/stockholders/general partner/authorized person of

MERR GROUP LLC
_____
(Name of Entity)

organized under the laws of _MARYLAND_, passed the following resolution:
(State)

### [CHECK APPLICABLE BOX(ES)]

☐ The principal office is changed from:  (old address)

5825 FALKIRK Rd
Baltimore M.D 21239

to:   (new address)

7603 HARFord Rd  Suite 138
Baltimore M.D 21234

☐ The name and address of the resident agent is changed from:

_____    _____
_____

CUST ID:0002682586
WORK ORDER:0003899166
DATE:12-15-2011 02:38 PM
AMT. PAID:$25.00

to:

_____
_____

I certify under penalties of perjury the foregoing is true.

_____          _____
Secretary or Assistant Secretary                   General Partner
                                                              Authorized Person

I hereby consent to my designation in this document as resident agent for this entity.

_____
SIGNED:  Resident Agent

Mail to:  State Department of Assessments & Taxation, 301 W. Preston Street, Room 801, Baltimore, Maryland 21201

# CORPORATE CHARTER APPROVAL SHEET
## ** KEEP WITH DOCUMENT **

DOCUMENT CODE 40    BUSINESS CODE 30

\# _____

Close _____    Stock _____    Nonstock _____

P.A. _____    Religious _____

Merging (Transferor) _____

_____

_____

_____

Surviving (Transferee) _____

_____

_____

```
1000361999309200
```

ID # W13412598 ACK # 1000361999309200
PAGES: 0002
MERR GROUP LLC

02/03/2010  AT 01:01 P WO # 0001826138

New Name _____

_____

## FEES REMITTED

| | |
|---|---|
| Base Fee: | 100 |
| Org. & Cap. Fee: | _____ |
| Expedite Fee: | _____ |
| Penalty: | _____ |
| State Recordation Tax: | _____ |
| State Transfer Tax: | _____ |
| Certified Copies | _____ |
| Copy Fee: | _____ |
| Certificates | _____ |
| Certificate of Status Fee: | _____ |
| Personal Property Filings: | _____ |
| Mail Processing Fee: | _____ |
| Other: | _____ |
| TOTAL FEES: | 100 |

_____ Change of Name
_____ Change of Principal Office
_____ Change of Resident Agent
_____ Change of Resident Agent Address
_____ Resignation of Resident Agent
_____ Designation of Resident Agent
        and Resident Agent's Address
_____ Change of Business Code

_____ Adoption of Assumed Name

_____ Other Change(s)

Credit Card _____    Check _____    Cash ✓

_____ Documents on _____ Checks

Approved By: _____

Keyed By: _____

COMMENT(S):

Code _____

Attention: _____

Mail: Name and Address

RUPERT CASTLE
5825 FALKIRK RD
BALTIMORE MD 21239-2210

Stamp Work Order and Customer Number HERE

## ARTICLES OF ORGANIZATION

The undersigned, with the intention of creating a Maryland Limited Liability Company files the following Articles of Organization:

(1)     The name of the Limited Liability Company is: *Merr group LLC*

(2)     The purpose for which the Limited Liability Company is filed is as follows: *For Buying, Selling Construction Renting Leasing Mangmnt Dunelment of Property*

(3)     The address of the Limited Liability Company in Maryland is *5825 FALKiRK Rd Baltimore M.D 21239*

(4)     The resident agent of the Limited Liability Company in Maryland is *5825 FAlKiRK Rd Baltimore m.D 21239*

whose address is *Rupert CAstle*

(5) *Dorothy castle*

(6) *Rupert L Castle*
**Resident Agent**
I hereby consent to my designation in this document.

Signature(s) of Authorized Person(s)

**Filing party's return address:**

(7) *5825 FAlKiRK Rd Baltimore m.D 21239*

CUST ID:0002383100
WORK ORDER:0001826138
DATE:02-03-2010 01:01 PM
AMT. PAID:$100.00

Exhibit 2

Real Property Data Search ( w1)

Search Result for BALTIMORE CITY

| View GroundRent Redemption | View GroundRent Registration |
|---|---|

**Account Identifier:** Ward - 08 Section - 25 Block - 4178H Lot - 041

### Owner Information

| Owner Name: | MERR GROUP LLC | Use: | RESI |
|---|---|---|---|
| | | Principal Residence: | NO |
| Mailing Address: | 5825 FALKIRK RD | Deed Reference: | 1) /13 |
| | BALTIMORE MD 21239-0000 | | 2) |

### Location & Structure Information

| Premises Address: | 3337 ELMLEY AVE | Legal Description: | 16X7 |
|---|---|---|---|
| | BALTIMORE 21213-1603 | | |

| Map: | Grid: | Parcel: | Sub District: | Subdivision: | Section: | Block: | Lot: | Assessment Year: |
|---|---|---|---|---|---|---|---|---|
| 0008 | 0000 | 0000 | | 0000 | 25 | 4178H | 041 | 2014 |

| | | | | |
|---|---|---|---|---|
| **Special Tax Areas:** | | **Town:** | | NONE |
| | | **Ad Valorem:** | | |
| | | **Tax Class:** | | |

| Primary Structure Built | Above Grade Enclosed Area | Finished Basement Area | Property Land Area |
|---|---|---|---|
| 1924 | 896 SF | | |

| Stories | Basement | Type | Exterior | Full/Half Bath | Garage | Last Major Renov |
|---|---|---|---|---|---|---|
| 2.000000 | | CENTER UNIT | BRICK | 1 full | | |

### Value Information

| | Base Value | Value | Phase-in Assessments | |
|---|---|---|---|---|
| | | As of | As of | As of |
| | | 01/01/2014 | 07/01/2013 | 07/01/ |
| Land: | 25,000 | 25,000 | | |
| Improvements | 35,000 | 42,800 | | |
| Total: | 60,000 | 67,800 | 60,000 | 62,600 |
| Preferential Land: | 0 | | | 0 |

### Transfer Information

| Seller: T & B MARKETING, LLC | Date: 04/19/2011 | Price: $17 |
|---|---|---|
| Type: NON-ARMS LENGTH OTHER | Deed1: FMC /13445/ 0038 | Deed2: |
| Seller: MCKEITHAN, THOMAS L | Date: 04/19/2011 | Price: $13 |
| Type: NON-ARMS LENGTH OTHER | Deed1: FMC /13445/ 0032 | Deed2: |
| Seller: MCKEITHAN, THOMAS | Date: 12/13/2007 | Price: $0 |
| Type: NON-ARMS LENGTH OTHER | Deed1: FMC /10249/ 00483 | Deed2: |

### Exemption Information

| Partial Exempt Assessments: | Class | 07/01/2013 | 07/01 |
|---|---|---|---|
| County: | 000 | 0.00 | |
| State: | 000 | 0.00 | |
| Municipal: | 000 | 0.00|0.00 | 0.00|0 |

| Tax Exempt: | Special Tax Recapture: |
|---|---|
| Exempt Class: | NONE |

### Homestead Application Information

**Homestead Application Status: No Application**

Real Property Data Search ( w1)

Search Result for BALTIMORE CITY

| View GroundRent Redemption | View GroundRent Registration |
|---|---|

| Account Identifier: | Ward - 26 Section - 41 Block - 5933 Lot - 077 |
|---|---|

## Owner Information

| Owner Name: | MERR GROUP LLC | Use: | RESI |
|---|---|---|---|
| | | Principal Residence: | NO |
| Mailing Address: | 5825 FALKIRK RD | Deed Reference: | 1) /14 |
| | BALTIMORE MD 21239-0000 | | 2) |

## Location & Structure Information

| Premises Address: | 4406 FINDLAY ROAD | Legal Description: | 18X9 |
|---|---|---|---|
| | BALTIMORE 21206-6409 | | |

| Map: | Grid: | Parcel: | Sub District: | Subdivision: | Section: | Block: | Lot: | Assessment Year: |
|---|---|---|---|---|---|---|---|---|
| 0026 | 0000 | 0000 | | 0000 | 41 | 5933 | 077 | 2013 |

| Special Tax Areas: | | Town: | NONE |
|---|---|---|---|
| | | Ad Valorem: | |
| | | Tax Class: | |

| Primary Structure Built | Above Grade Enclosed Area | Finished Basement Area | Property Land Area |
|---|---|---|---|
| 1951 | 1,116 SF | 279 SF | |

| Stories | Basement | Type | Exterior | Full/Half Bath | Garage | Last Major Reno |
|---|---|---|---|---|---|---|
| 2.000000 | | CENTER UNIT | BRICK | 1 full/ 1 half | | |

## Value Information

| | Base Value | Value | Phase-in Assessments | |
|---|---|---|---|---|
| | | As of 01/01/2013 | As of 07/01/2013 | As of 07/01/ |
| Land: | 30,000 | 30,000 | | |
| Improvements | 77,300 | 79,300 | | |
| Total: | 107,300 | 109,300 | 107,967 | 108,63 |
| Preferential Land: | 0 | | | 0 |

## Transfer Information

| Seller: MOORE, LISA D | Date: 01/25/2012 | Price: $42 |
|---|---|---|
| Type: NON-ARMS LENGTH OTHER | Deed1: FMC /14022/ 0436 | Deed2: |
| Seller: T & B MARKETING, LLC | Date: 01/25/2012 | Price: $48 |
| Type: NON-ARMS LENGTH OTHER | Deed1: FMC /14022/ 0443 | Deed2: |
| Seller: SECRETARY OF HOUSING AND | Date: 04/21/1999 | Price: $52 |
| Type: NON-ARMS LENGTH OTHER | Deed1: FMC /08355/ 00219 | Deed2: |

## Exemption Information

| Partial Exempt Assessments: | Class | 07/01/2013 | 07/01 |
|---|---|---|---|
| County: | 000 | 0.00 | |
| State: | 000 | 0.00 | |
| Municipal: | 000 | 0.00|0.00 | 0.00|0 |
| Tax Exempt: | | Special Tax Recapture: | |
| Exempt Class: | | NONE | |

## Homestead Application Information

**Homestead Application Status: No Application**

Real Property Data Search ( w1)

Search Result for BALTIMORE CITY

| View GroundRent Redemption | View GroundRent Registration |
|---|---|

| **Account Identifier:** | **Ward - 16 Section - 06 Block - 2516 Lot - 067** |
|---|---|

### Owner Information

| **Owner Name:** | **MERR GROUP LLC** | **Use:** | **RESI** |
|---|---|---|---|
| | | **Principal Residence:** | **NO** |
| **Mailing Address:** | **5819 MORAVIA RD** | **Deed Reference:** | **1) /14** |
| | **BALTIMORE MD 21206-0000** | | **2)** |

### Location & Structure Information

| **Premises Address:** | **825 WILDWOOD PKWY** | **Legal Description:** | **20X1** |
|---|---|---|---|
| | **BALTIMORE 21229-1817** | | |

| **Map:** | **Grid:** | **Parcel:** | **Sub District:** | **Subdivision:** | **Section:** | **Block:** | **Lot:** | **Assessment Year:** |
|---|---|---|---|---|---|---|---|---|
| 0016 | 0000 | 0000 | | 0000 | 06 | 2516 | 067 | 2012 |

| **Special Tax Areas:** | | **Town:** | **NONE** |
|---|---|---|---|
| | | **Ad Valorem:** | |
| | | **Tax Class:** | |

| **Primary Structure Built** | **Above Grade Enclosed Area** | **Finished Basement Area** | **Property Land Area** |
|---|---|---|---|
| 1948 | 1,200 SF | | |

| **Stories** | **Basement** | **Type** | **Exterior** | **Full/Half Bath** | **Garage** | **Last Major Renov** |
|---|---|---|---|---|---|---|
| 2.000000 | | CENTER UNIT | BRICK | 1 full | | |

### Value Information

| | **Base Value** | **Value** | **Phase-in Assessments** | |
|---|---|---|---|---|
| | | **As of** | **As of** | **As of** |
| | | **01/01/2012** | **07/01/2013** | **07/01/** |
| **Land:** | 35,000 | 20,000 | | |
| **Improvements** | 62,600 | 60,700 | | |
| **Total:** | 97,600 | 80,700 | 80,700 | 80,700 |
| **Preferential Land:** | 0 | | | 0 |

### Transfer Information

| **Seller: T & B MARKETING, LLC** | **Date: 01/15/2013** | **Price: $41** |
|---|---|---|
| **Type: ARMS LENGTH IMPROVED** | **Deed1: FMC /14877/ 0229** | **Deed2:** |
| **Seller: LAMPADO INVESTMENTS, LLC** | **Date: 01/15/2013** | **Price: $34** |
| **Type: ARMS LENGTH IMPROVED** | **Deed1: FMC /14877/ 0222** | **Deed2:** |
| **Seller: CAPERS JR., WILLIAM** | **Date: 07/09/2008** | **Price: $0** |
| **Type: NON-ARMS LENGTH OTHER** | **Deed1: FMC /10840/ 00079** | **Deed2:** |

### Exemption Information

| **Partial Exempt Assessments:** | **Class** | 07/01/2013 | 07/01 |
|---|---|---|---|
| **County:** | 000 | 0.00 | |
| **State:** | 000 | 0.00 | |
| **Municipal:** | 000 | 0.00|0.00 | 0.00|0 |
| **Tax Exempt:** | | **Special Tax Recapture:** | |
| **Exempt Class:** | | **NONE** | |

### Homestead Application Information

| **Homestead Application Status: No Application** |
|---|

Real Property Data Search ( w1)

Search Result for BALTIMORE CITY

| View GroundRent Redemption | View GroundRent Registration |
|---|---|

| Account Identifier: | Ward - 27 Section - 01 Block - 4153 Lot - 024 |
|---|---|

## Owner Information

| Owner Name: | MERR GROUP LLC | Use: | RESI |
|---|---|---|---|
| | | Principal Residence: | NO |
| Mailing Address: | 5819 MORAVIA RD | Deed Reference: | 1) /14 |
| | BALTIMORE MD 21206-0000 | | 2) |

## Location & Structure Information

| Premises Address: | 3445 HARWELL AVE | | | | | | |
|---|---|---|---|---|---|---|---|
| | BALTIMORE 21213-1214 | | | Legal Description: | | 12-5> |

| Map: | Grid: | Parcel: | Sub District: | Subdivision: | Section: | Block: | Lot: | Assessment Year: |
|---|---|---|---|---|---|---|---|---|
| 0027 | 0000 | 0000 | | 0000 | 01 | 4153 | 024 | 2013 |

| | |
|---|---|
| | Town: |
| Special Tax Areas: | Ad Valorem: |
| | Tax Class: |

NONE

| Primary Structure Built | Above Grade Enclosed Area | Finished Basement Area | Property Land Area |
|---|---|---|---|
| 1924 | 1,260 SF | | |

| Stories | Basement | Type | Exterior | Full/Half Bath | Garage | Last Major Renova |
|---|---|---|---|---|---|---|
| 2.000000 | YES | END UNIT | BRICK | 1 full/ 1 half | | |

## Value Information

| | Base Value | Value | Phase-in Assessments | |
|---|---|---|---|---|
| | | As of | As of | As of |
| | | 01/01/2013 | 07/01/2013 | 07/01/ |
| Land: | 30,000 | 30,000 | | |
| Improvements | 75,900 | 62,600 | | |
| Total: | 105,900 | 92,600 | 92,600 | 92,600 |
| Preferential Land: | 0 | | | 0 |

## Transfer Information

| Seller: T&B MARKETING, LLC | Date: 02/04/2013 | Price: $26 |
|---|---|---|
| Type: NON-ARMS LENGTH OTHER | Deed1: FMC /14933/ 0411 | Deed2: |
| Seller: ALLEN, DAWN A. | Date: 02/04/2013 | Price: $18 |
| Type: NON-ARMS LENGTH OTHER | Deed1: FMC /14933/ 0406 | Deed2: |
| Seller: LUMPKINS, LEE W. | Date: 08/23/2005 | Price: $98 |
| Type: NON-ARMS LENGTH OTHER | Deed1: FMC /06717/ 01365 | Deed2: |

## Exemption Information

| Partial Exempt Assessments: | Class | 07/01/2013 | 07/01 |
|---|---|---|---|
| County: | 000 | 0.00 | |
| State: | 000 | 0.00 | |
| Municipal: | 000 | 0.00|0.00 | 0.00|( |

| Tax Exempt: | Special Tax Recapture: |
|---|---|
| Exempt Class: | NONE |

## Homestead Application Information

Homestead Application Status: No Application

Real Property Data Search ( w1)

Search Result for BALTIMORE CITY

| View GroundRent Redemption | View GroundRent Registration |
|---|---|

**Account Identifier:** Ward - 27 Section - 49 Block - 5165C Lot - 043

## Owner Information

| Owner Name: | MERR GROUP LLC | Use: | RESI |
|---|---|---|---|
| | | Principal Residence: | NO |
| Mailing Address: | 5825 FALKIRK RD | Deed Reference: | 1) /13 |
| | BALTIMORE MD 21239-0000 | | 2) |

## Location & Structure Information

| Premises Address: | 5205 CRAIG AVE | | | | | | Legal Description: | 20X1 |
|---|---|---|---|---|---|---|---|---|
| | BALTIMORE 21212-4229 | | | | | | | |

| Map: | Grid: | Parcel: | Sub District: | Subdivision: | Section: | Block: | Lot: | Assessment Year: |
|---|---|---|---|---|---|---|---|---|
| 0027 | 0000 | 0000 | | 0000 | 49 | 5165C | 043 | 2013 |

| | Town: | NONE |
|---|---|---|
| Special Tax Areas: | Ad Valorem: | |
| | Tax Class: | |

| Primary Structure Built | Above Grade Enclosed Area | Finished Basement Area | Property Land Area |
|---|---|---|---|
| 1925 | 1,600 SF | | |

| Stories | Basement | Type | Exterior | Full/Half Bath | Garage | Last Major Renova |
|---|---|---|---|---|---|---|
| 2.000000 | YES | END UNIT | BRICK | 1 full | | |

## Value Information

| | Base Value | Value | Phase-in Assessments | |
|---|---|---|---|---|
| | | As of 01/01/2013 | As of 07/01/2013 | As of 07/01/ |
| Land: | 24,000 | 24,000 | | |
| Improvements: | 51,000 | 64,200 | | |
| Total: | 75,000 | 88,200 | 79,400 | 83,800 |
| Preferential Land: | 0 | | | 0 |

## Transfer Information

| Seller: T & B MARKETING, LLC | Date: 08/05/2011 | Price: $12, |
|---|---|---|
| Type: NON-ARMS LENGTH OTHER | Deed1: FMC /13675/ 0480 | Deed2: |
| Seller: CITIMORTGAGE, INC | Date: 08/05/2011 | Price: $6,5 |
| Type: NON-ARMS LENGTH OTHER | Deed1: FMC /13675/ 0475 | Deed2: |
| Seller: FEDERAL NATIONAL MORTGAGE | Date: 06/15/2011 | Price: $87, |
| Type: NON-ARMS LENGTH OTHER | Deed1: FMC /13561/ 0346 | Deed2: |

## Exemption Information

| Partial Exempt Assessments: | Class | 07/01/2013 | 07/01 |
|---|---|---|---|
| County: | 000 | 0.00 | |
| State: | 000 | 0.00 | |
| Municipal: | 000 | 0.00|0.00 | 0.00|( |

| Tax Exempt: | Special Tax Recapture: |
|---|---|
| Exempt Class: | NONE |

## Homestead Application Information

Homestead Application Status: No Application

Real Property Data Search ( w1)

Search Result for BALTIMORE CITY

| View GroundRent Redemption | View GroundRent Registration |
|---|---|

| Account Identifier: | Ward - 27 Section - 03 Block - 5616 Lot - 013 | |
|---|---|---|

### Owner Information

| Owner Name: | MERR GROUP LLC | Use: | RESI |
|---|---|---|---|
| | | Principal Residence: | NO |
| Mailing Address: | 7603 HARFORD RD | Deed Reference: | 1) /14 |
| | BALTIMORE MD 21234-0000 | | 2) |

### Location & Structure Information

| Premises Address: | 3031 WESTFIELD AVE | Legal Description: | 50X1 |
|---|---|---|---|
| | BALTIMORE 21214-1434 | | |

| Map: | Grid: | Parcel: | Sub District: | Subdivision: | Section: | Block: | Lot: | Assessment Year: |
|---|---|---|---|---|---|---|---|---|
| 0027 | 0000 | 0000 | | 0000 | 03 | 5616 | 013 | 2013 |

| Special Tax Areas: | | Town: | NONE |
|---|---|---|---|
| | | Ad Valorem: | |
| | | Tax Class: | |

| Primary Structure Built | Above Grade Enclosed Area | Finished Basement Area | Property Land Area |
|---|---|---|---|
| 1918 | 1,255 SF | | 7,400 SF |

| Stories | Basement | Type | Exterior | Full/Half Bath | Garage | Last Major Reno |
|---|---|---|---|---|---|---|
| 1.500000 | YES | STANDARD UNIT | SIDING | 1 full | | |

### Value Information

| | Base Value | Value | Phase-in Assessments | |
|---|---|---|---|---|
| | | As of 01/01/2013 | As of 07/01/2013 | As of 07/01/ |
| Land: | 52,200 | 52,100 | | |
| Improvements | 73,000 | 68,100 | | |
| Total: | 125,200 | 120,200 | 120,200 | 120,20 |
| Preferential Land: | 0 | | | 0 |

### Transfer Information

| Seller: BIALEK, WILLIAM J. | Date: 09/11/2012 | Price: $75 |
|---|---|---|
| Type: NON-ARMS LENGTH OTHER | Deed1: FMC /14562/ 0138 | Deed2: |
| Seller: BIALEK, WILLIAM J. | Date: 09/04/2001 | Price: $0 |
| Type: NON-ARMS LENGTH OTHER | Deed1: FMC /01691/ 00312 | Deed2: |
| Seller: BIALEK ETAL, WILLIAM J | Date: 07/06/2001 | Price: $38 |
| Type: NON-ARMS LENGTH OTHER | Deed1: FMC /01529/ 00046 | Deed2: |

### Exemption Information

| Partial Exempt Assessments: | Class | 07/01/2013 | 07/01 |
|---|---|---|---|
| County: | 000 | 0.00 | |
| State: | 000 | 0.00 | |
| Municipal: | 000 | 0.00|0.00 | 0.00|( |
| Tax Exempt: | Special Tax Recapture: | | |
| Exempt Class: | NONE | | |

### Homestead Application Information

| Homestead Application Status: No Application |
|---|

Real Property Data Search ( w1)

Search Result for BALTIMORE CITY

| View GroundRent Redemption | View GroundRent Registration |
|---|---|

**Account Identifier:** Ward - 16 Section - 19 Block - 2454 Lot - 012

## Owner Information

| Owner Name: | MERR GROUP LLC | Use: | RESI |
|---|---|---|---|
| | | Principal Residence: | NO |
| Mailing Address: | 3102 BELMONT AVE | Deed Reference: | 1) /14 |
| | BALTIMORE MD 21216-3805 | | 2) |

## Location & Structure Information

| Premises Address: | 3102 BELMONT AVE | Legal Description: | 20X1 |
|---|---|---|---|
| | BALTIMORE 21216-3805 | | |

| Map: | Grid: | Parcel: | Sub District: | Subdivision: | Section: | Block: | Lot: | Assessment Year: |
|---|---|---|---|---|---|---|---|---|
| 0016 | 0000 | 0000 | | 0000 | 19 | 2454 | 012 | 2012 |

| | Town: | |
|---|---|---|
| Special Tax Areas: | Ad Valorem: | NONE |
| | Tax Class: | |

| Primary Structure Built | Above Grade Enclosed Area | Finished Basement Area | Property Land Area |
|---|---|---|---|
| 1926 | 1,200 SF | | |

| Stories | Basement | Type | Exterior | Full/Half Bath | Garage | Last Major Renov |
|---|---|---|---|---|---|---|
| 2.000000 | | CENTER UNIT | BRICK | 1 full | | |

## Value Information

| | Base Value | Value | Phase-in Assessments | |
|---|---|---|---|---|
| | | As of | As of | As of |
| | | 01/01/2012 | 07/01/2013 | 07/01/ |
| Land: | 35,000 | 20,000 | | |
| Improvements | 53,900 | 65,500 | | |
| Total: | 88,900 | 85,500 | 85,500 | 85,500 |
| Preferential Land: | 0 | | | 0 |

## Transfer Information

| Seller: T & B MARKETING LLC | Date: 01/25/2012 | Price: $30 |
|---|---|---|
| Type: ARMS LENGTH IMPROVED | Deed1: FMC /14022/ 0406 | Deed2: |
| Seller: MCKEITHAN II, THOMAS L. | Date: 01/25/2012 | Price: $18 |
| Type: ARMS LENGTH IMPROVED | Deed1: FMC /14022/ 0398 | Deed2: |
| Seller: WHITAKER, BERNARD A. | Date: 12/15/2006 | Price: $95 |
| Type: ARMS LENGTH IMPROVED | Deed1: FMC /08753/ 00275 | Deed2: |

## Exemption Information

| Partial Exempt Assessments: | Class | 07/01/2013 | 07/01 |
|---|---|---|---|
| County: | 000 | 0.00 | |
| State: | 000 | 0.00 | |
| Municipal: | 000 | 0.00|0.00 | 0.00|0 |

| Tax Exempt: | Special Tax Recapture: |
|---|---|
| Exempt Class: | NONE |

## Homestead Application Information

Homestead Application Status: No Application