IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| Plaintiff | * | |
| V. | * | Criminal No. GLR-13-0587 |
| JEROME ADOLFO CASTLE. | * | |
| | * | |

\* \* \* \* \*

## PETITION ASSERTING LEGAL INTEREST AND TITLE

Pursuant to 21 U.S.C. §853(n)(2), the claimant, Rupert Castle, submits this petition - asserting a legal interest in the property and contesting the forfeiture and continued seizure of property specified in the attachment to this petition, and further identified in the Preliminary Order of Forfeiture entered in the above-captioned matter. The Claimant says as follows:

1. I received notice of the criminal forfeiture action through Joseph Murtha, Esquire.

2. This petition is timely filed to contest the forfeiture.

3. I am the owner and/or have an ownership interest in the property identified in the attachment, for the reasons detailed below.

4. I have a legal interest and title in the assets of MERR Group, LLC as stated in the accompanying affixed exhibits. I am the general partner and resident agent for MERR Group, LLC, as noted by the accompanying Corporate Charter Sheet, Resolution to Change Principal Office or Resident Agent, and Articles of Organization and related documents

filed with the Maryland Department of Assessments and Taxation. See Exhibit 1.

5. The legal interest and title in the assets of the MERR Group, LLC was vested at the time the acts giving rise to the forfeiture were committed.

6. The circumstance of the acquisition of the legal interest and title in the identified property is that through personal savings and through obtaining financing through private parties I was able to acquire interest and title in the properties on behalf of the MERR Group, LLC. Accompanying this Claim as Exhibit 2 you will find identification of the properties owned by MERR Group, LLC, of which I am the general partner. These properties represent the properties which the government seeks forfeiture.

7. Further contact on this matter should be directed to my lawyer, Joseph Murtha, Esquire, Murtha Psoras & Lanasa, LLC, 1301 York Road, Suite 200, Lutherville, Maryland 21093, (410) 583-6969,

## **VERIFICATION**

Pursuant to 21 U.S.C. § 853(n)(3) addressing verification, I declare under the penalties of perjury that the foregoing is true and correct.

*Rupert L Castle*
Rupert Castle

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of March, 2014, I served and/or caused to be served a copy of the foregoing document on James Warwick, Assistant United States Attorney, (James.Warwick@usdoj.gov) 36 S. Charles Street, Fourth Floor, Baltimore, Maryland 21201 by providing an electronic copy of this document to him.

*Rupert L Castle*
Rupert Castle

JM10048

# Exhibit 1

Entity Name: MERR GROUP LLC
Dept ID #: W13412598

General Information   Amendments   Personal Property   Certificate of Status

| | |
|---|---|
| **Principal Office (Current):** | SUITE 138<br>7603 HARDORD ROAD<br>BALTIMORE, MD 21234 |
| **Resident Agent (Current):** | RUPERT CASTLE<br>5825 FALKIRK RD<br>BALTIMORE, MD 21239 |
| **Status:** | **ACTIVE** |
| Good Standing: | Yes   What does it mean when a business is not in good standing or forfeited? |
| Business Code: | Other |
| **Date of Formation or Registration:** | 02/03/2010 |
| **State of Formation:** | MD |
| **Stock/Nonstock:** | N/A |
| **Close/Not Close:** | Unknown |

**Link Definition**

| | |
|---|---|
| General Information | General information about this entity |
| Amendments | Original and subsequent documents filed |
| Personal Property | Personal Property Return Filing Information and Property Assessments |
| Certificate of Status | Get a Certificate of Good Standing for this entity |

# CORPORATE CHARTER APPROVAL SHEET
## ** KEEP WITH DOCUMENT **

DOCUMENT CODE __80__   BUSINESS CODE _____

# __W13412598__

Close _____   Stock _____   Nonstock _____

P.A. _____   Religious _____

Merging (Transferor) _____

```
1000362002624072
```

```
ID # W13412598  ACK # 1000362002624072
PAGES: 0002
MERR GROUP LLC

12/15/2011   AT 02:00 P  WO # 0003899166
```

Surviving (Transferee) _____

New Name _____

### FEES REMITTED

| | |
|---|---|
| Base Fee: | 25 |
| Org. & Cap. Fee: | |
| Expedite Fee: | |
| Penalty: | |
| State Recordation Tax: | |
| State Transfer Tax: | |
| Certified Copies | |
| Copy Fee: | |
| Certificates | |
| Certificate of Status Fee: | |
| Personal Property Filings: | |
| Mail Processing Fee: | |
| Other: | |
| **TOTAL FEES:** | 25 |

___ Change of Name
_/_ Change of Principal Office
___ Change of Resident Agent
___ Change of Resident Agent Address
___ Resignation of Resident Agent
___ Designation of Resident Agent
    and Resident Agent's Address
___ Change of Business Code

___ Adoption of Assumed Name

___ Other Change(s)

Credit Card _____   Check _____   Cash _____

_____ Documents on _____ Checks

Approved By: __M__

Keyed By: _____

Code _____

Attention: _____

Mail: Name and Address

MERR GROUP LLC
SUITE 138
7608 HARFORD RD
BALTIMORE MD 21234-6402

COMMENT(S):

CUST ID: 0002682588

This Form is Used by Entity. The Fee is $25.00.

## RESOLUTION TO CHANGE PRINCIPAL OFFICE OR RESIDENT AGENT

The directors/stockholders/general partner/authorized person of

__MERR GROUP LLC__
(Name of Entity)

organized under the laws of __Maryland__, passed the following resolution:
(State)

### [CHECK APPLICABLE BOX(ES)]

☐ The principal office is changed from: (old address)

__5825 Falkirk Rd__
__Baltimore M.d 21239__

to: (new address)
__7603 Harford Rd Suite 139__
__Baltimore M.d 21234__

☐ The name and address of the resident agent is changed from:

_____

_____

CUST ID: 0002682586
WORK ORDER: 0003899166
DATE: 12-15-2011 02:38 PM
AMT. PAID: $25.00

to:

_____

_____

I certify under penalties of perjury the foregoing is true.

_____                     __Pepsi L Costo__
Secretary or Assistant Secretary                General Partner
                                                Authorized Person

I hereby consent to my designation in this document as resident agent for this entity.

__Pepsi L Costo__
SIGNED: Resident Agent

Mail to: State Department of Assessments & Taxation, 301 W. Preston Street, Room 801, Baltimore, Maryland 21201

z:\mydocs\forms\agentbyentity                                            Revised 06/03

# CORPORATE CHARTER APPROVAL SHEET
## ** KEEP WITH DOCUMENT **

DOCUMENT CODE __40__     BUSINESS CODE __20__

\#  _____

Close _____    Stock _____    Nonstock _____

P.A. _____    Religious _____

Merging (Transferor) _____

_____

_____

Surviving (Transferee) _____

_____

_____

```
1000361999309200

ID # W13412598  ACK # 1000361999309200
PAGES: 0002
MERR GROUP LLC


02/03/2010  AT 01:01 P  WO # 0001826138
```

New Name _____

_____

## FEES REMITTED

Base Fee: __100__
Org. & Cap. Fee: _____
Expedite Fee: _____
Penalty: _____
State Recordation Tax: _____
State Transfer Tax: _____
____ Certified Copies
Copy Fee: _____
____ Certificates
Certificate of Status Fee: _____
Personal Property Filings: _____
Mail Processing Fee: _____
Other: _____

TOTAL FEES: __100__

Credit Card _____   Check _____   Cash __✓__

_____ Documents on _____ Checks

Approved By: _(signature)_
Keyed By: _(signature)_
COMMENT(S):

____ Change of Name
____ Change of Principal Office
____ Change of Resident Agent
____ Change of Resident Agent Address
____ Resignation of Resident Agent
____ Designation of Resident Agent
       and Resident Agent's Address
____ Change of Business Code

____ Adoption of Assumed Name
_____

____ Other Change(s)
_____
_____

Code _____

Attention: _____

Mail: Name and Address

RUPERT CASTLE
5825 FALKIRK RD
BALTIMORE MD 21239-2210

Stamp Work Order and Customer Number HERE

## ARTICLES OF ORGANIZATION

The undersigned, with the intention of creating a Maryland Limited Liability Company files the following Articles of Organization:

(1) The name of the Limited Liability Company is: Merrgroup LLC

(2) The purpose for which the Limited Liability Company is filed is as follows: For Buying, Selling Construction Renting Leasing Mangmnt Dwvelopment of Property

(3) The address of the Limited Liability Company in Maryland is 5825 Falkirk Rd Baltimore M.D 21239

(4) The resident agent of the Limited Liability Company in Maryland is 5825 Falkirk Rd Baltimore M.D 21239

whose address is Rupert Castle

(5) Dorothy Castle

(6) Rupert L Castle
Resident Agent
I hereby consent to my designation in this document.

Signature(s) of Authorized Person(s)

Filing party's return address:

(7) 5825 Falkirk Rd
Baltimore M.D 21239

CUST ID: 0002383100
WORK ORDER: 0001826138
DATE: 02-03-2010 01:01 PM
AMT. PAID: $100.00

Exhibit 2

Real Property Data Search ( w1)

Search Result for BALTIMORE CITY

| View GroundRent Redemption | | View GroundRent Registration | |
|---|---|---|---|
| **Account Identifier:** | Ward - 08 Section - 25 Block - 4178H Lot - 041 | | |

### Owner Information

| | | | |
|---|---|---|---|
| **Owner Name:** | MERR GROUP LLC | **Use:** **Principal Residence:** | RESI NO |
| **Mailing Address:** | 5825 FALKIRK RD BALTIMORE MD 21239-0000 | **Deed Reference:** | 1) /13 2) |

### Location & Structure Information

| **Premises Address:** | 3337 ELMLEY AVE BALTIMORE 21213-1603 | | | | **Legal Description:** | | | 16X7 |
|---|---|---|---|---|---|---|---|---|
| **Map:** 0008 **Grid:** 0000 **Parcel:** 0000 | **Sub District:** | **Subdivision:** 0000 | **Section:** 25 | **Block:** 4178H | **Lot:** 041 | **Assessment Year:** 2014 | | |
| **Special Tax Areas:** | | | **Town:** **Ad Valorem:** **Tax Class:** | | | | | NONE |
| **Primary Structure Built** 1924 | **Above Grade Enclosed Area** 896 SF | | **Finished Basement Area** | | | **Property Land Area** | | |
| **Stories** 2.000000 | **Basement** | **Type** CENTER UNIT | **Exterior** BRICK | **Full/Half Bath** 1 full | | **Garage** | **Last Major Renov** | |

### Value Information

| | **Base Value** | **Value** As of 01/01/2014 | **Phase-in Assessments** As of 07/01/2013 | As of 07/01/ |
|---|---|---|---|---|
| **Land:** | 25,000 | 25,000 | | |
| **Improvements** | 35,000 | 42,800 | | |
| **Total:** | 60,000 | 67,800 | 60,000 | 62,600 |
| **Preferential Land:** | 0 | | | 0 |

### Transfer Information

| | | |
|---|---|---|
| **Seller:** T & B MARKETING, LLC **Type:** NON-ARMS LENGTH OTHER | **Date:** 04/19/2011 **Deed1:** FMC /13445/ 0038 | **Price:** $17 **Deed2:** |
| **Seller:** MCKEITHAN, THOMAS L **Type:** NON-ARMS LENGTH OTHER | **Date:** 04/19/2011 **Deed1:** FMC /13445/ 0032 | **Price:** $13 **Deed2:** |
| **Seller:** MCKEITHAN, THOMAS **Type:** NON-ARMS LENGTH OTHER | **Date:** 12/13/2007 **Deed1:** FMC /10249/ 00483 | **Price:** $0 **Deed2:** |

### Exemption Information

| **Partial Exempt Assessments:** | **Class** | 07/01/2013 | 07/01 |
|---|---|---|---|
| **County:** | 000 | 0.00 | |
| **State:** | 000 | 0.00 | |
| **Municipal:** | 000 | 0.00|0.00 | 0.00|0 |
| **Tax Exempt:** **Exempt Class:** | **Special Tax Recapture:** NONE | | |

### Homestead Application Information

**Homestead Application Status:** No Application

Real Property Data Search ( w1)

Search Result for BALTIMORE CITY

| View GroundRent Redemption | | View GroundRent Registration | |
|---|---|---|---|
| **Account Identifier:** | Ward - 26 Section - 41 Block - 5933 Lot - 077 | | |

### Owner Information

| | | | |
|---|---|---|---|
| **Owner Name:** | MERR GROUP LLC | **Use:** <br> **Principal Residence:** | RESI <br> NO |
| **Mailing Address:** | 5825 FALKIRK RD <br> BALTIMORE MD 21239-0000 | **Deed Reference:** | 1) /14 <br> 2) |

### Location & Structure Information

| | | | |
|---|---|---|---|
| **Premises Address:** | 4406 FINDLAY ROAD <br> BALTIMORE 21206-6409 | **Legal Description:** | 18X9 |

| **Map:** <br> 0026 | **Grid:** <br> 0000 | **Parcel:** <br> 0000 | **Sub District:** | **Subdivision:** <br> 0000 | **Section:** <br> 41 | **Block:** <br> 5933 | **Lot:** <br> 077 | **Assessment Year:** <br> 2013 |
|---|---|---|---|---|---|---|---|---|

| **Special Tax Areas:** | | **Town:** <br> **Ad Valorem:** <br> **Tax Class:** | NONE |
|---|---|---|---|

| **Primary Structure Built** <br> 1951 | **Above Grade Enclosed Area** <br> 1,116 SF | **Finished Basement Area** <br> 279 SF | **Property Land Area** | |
|---|---|---|---|---|
| **Stories** <br> 2.000000 | **Basement** | **Type** <br> CENTER UNIT | **Exterior** <br> BRICK | **Full/Half Bath** <br> 1 full/ 1 half | **Garage** | **Last Major Renov** |

### Value Information

| | **Base Value** | **Value** <br> As of <br> 01/01/2013 | **Phase-in Assessments** | |
|---|---|---|---|---|
| | | | As of <br> 07/01/2013 | As of <br> 07/01/ |
| **Land:** | 30,000 | 30,000 | | |
| **Improvements** | 77,300 | 79,300 | | |
| **Total:** | 107,300 | 109,300 | 107,967 | 108,63 |
| **Preferential Land:** | 0 | | | 0 |

### Transfer Information

| | | |
|---|---|---|
| **Seller:** MOORE, LISA D | **Date:** 01/25/2012 | **Price:** $42 |
| **Type:** NON-ARMS LENGTH OTHER | **Deed1:** FMC /14022/ 0436 | **Deed2:** |
| **Seller:** T & B MARKETING, LLC | **Date:** 01/25/2012 | **Price:** $48 |
| **Type:** NON-ARMS LENGTH OTHER | **Deed1:** FMC /14022/ 0443 | **Deed2:** |
| **Seller:** SECRETARY OF HOUSING AND | **Date:** 04/21/1999 | **Price:** $52 |
| **Type:** NON-ARMS LENGTH OTHER | **Deed1:** FMC /08355/ 00219 | **Deed2:** |

### Exemption Information

| **Partial Exempt Assessments:** | **Class** | 07/01/2013 | 07/01 |
|---|---|---|---|
| **County:** | 000 | 0.00 | |
| **State:** | 000 | 0.00 | |
| **Municipal:** | 000 | 0.00|0.00 | 0.00|0 |
| **Tax Exempt:** | **Special Tax Recapture:** | | |
| **Exempt Class:** | NONE | | |

### Homestead Application Information

**Homestead Application Status:** No Application

Real Property Data Search ( w1)

Search Result for BALTIMORE CITY

| View GroundRent Redemption | | View GroundRent Registration |
|---|---|---|
| **Account Identifier:** | Ward - 16 Section - 06 Block - 2516 Lot - 067 | |

### Owner Information

| | | | |
|---|---|---|---|
| **Owner Name:** | MERR GROUP LLC | **Use:** **Principal Residence:** | RESI NO |
| **Mailing Address:** | 5819 MORAVIA RD BALTIMORE MD 21206-0000 | **Deed Reference:** | 1) /14 2) |

### Location & Structure Information

| | | | |
|---|---|---|---|
| **Premises Address:** | 825 WILDWOOD PKWY BALTIMORE 21229-1817 | **Legal Description:** | 20X1 |

| **Map:** | **Grid:** | **Parcel:** | **Sub District:** | **Subdivision:** | **Section:** | **Block:** | **Lot:** | **Assessment Year:** |
|---|---|---|---|---|---|---|---|---|
| 0016 | 0000 | 0000 | | 0000 | 06 | 2516 | 067 | 2012 |

| **Special Tax Areas:** | | **Town:** **Ad Valorem:** **Tax Class:** | NONE |
|---|---|---|---|

| **Primary Structure Built** 1948 | **Above Grade Enclosed Area** 1,200 SF | **Finished Basement Area** | **Property Land Area** |
|---|---|---|---|
| **Stories** 2.000000 | **Basement** | **Type** CENTER UNIT | **Exterior** BRICK | **Full/Half Bath** 1 full | **Garage** | **Last Major Renov** |

### Value Information

| | Base Value | Value As of 01/01/2012 | Phase-in Assessments As of 07/01/2013 | As of 07/01/ |
|---|---|---|---|---|
| **Land:** | 35,000 | 20,000 | | |
| **Improvements** | 62,600 | 60,700 | | |
| **Total:** | 97,600 | 80,700 | 80,700 | 80,700 |
| **Preferential Land:** | 0 | | | 0 |

### Transfer Information

| | | |
|---|---|---|
| **Seller:** T & B MARKETING, LLC | **Date:** 01/15/2013 | **Price:** $41 |
| **Type:** ARMS LENGTH IMPROVED | **Deed1:** FMC /14877/ 0229 | **Deed2:** |
| **Seller:** LAMPADO INVESTMENTS, LLC | **Date:** 01/15/2013 | **Price:** $34 |
| **Type:** ARMS LENGTH IMPROVED | **Deed1:** FMC /14877/ 0222 | **Deed2:** |
| **Seller:** CAPERS JR., WILLIAM | **Date:** 07/09/2008 | **Price:** $0 |
| **Type:** NON-ARMS LENGTH OTHER | **Deed1:** FMC /10840/ 00079 | **Deed2:** |

### Exemption Information

| **Partial Exempt Assessments:** | **Class** | 07/01/2013 | 07/01 |
|---|---|---|---|
| **County:** | 000 | 0.00 | |
| **State:** | 000 | 0.00 | |
| **Municipal:** | 000 | 0.00|0.00 | 0.00|0 |

| **Tax Exempt:** | **Special Tax Recapture:** |
|---|---|
| **Exempt Class:** | NONE |

### Homestead Application Information

**Homestead Application Status:** No Application

Real Property Data Search ( w1)

Search Result for BALTIMORE CITY

| View GroundRent Redemption | | View GroundRent Registration | |
|---|---|---|---|
| **Account Identifier:** | Ward - 27 Section - 01 Block - 4153 Lot - 024 | | |

### Owner Information

| | | | |
|---|---|---|---|
| **Owner Name:** | MERR GROUP LLC | **Use:** <br> **Principal Residence:** | RESI <br> NO |
| **Mailing Address:** | 5819 MORAVIA RD <br> BALTIMORE MD 21206-0000 | **Deed Reference:** | 1) /14 <br> 2) |

### Location & Structure Information

| | | | |
|---|---|---|---|
| **Premises Address:** | 3445 HARWELL AVE <br> BALTIMORE 21213-1214 | **Legal Description:** | 12-5) |

| Map: | Grid: | Parcel: | Sub District: | Subdivision: | Section: | Block: | Lot: | Assessment Year: |
|---|---|---|---|---|---|---|---|---|
| 0027 | 0000 | 0000 | | 0000 | 01 | 4153 | 024 | 2013 |

| **Special Tax Areas:** | | **Town:** <br> **Ad Valorem:** <br> **Tax Class:** | NONE |
|---|---|---|---|

| Primary Structure Built | Above Grade Enclosed Area | Finished Basement Area | Property Land Area |
|---|---|---|---|
| 1924 | 1,260 SF | | |

| Stories | Basement | Type | Exterior | Full/Half Bath | Garage | Last Major Renova |
|---|---|---|---|---|---|---|
| 2.000000 | YES | END UNIT | BRICK | 1 full/ 1 half | | |

### Value Information

| | Base Value | Value <br> As of <br> 01/01/2013 | Phase-in Assessments <br> As of <br> 07/01/2013 | As of <br> 07/01/ |
|---|---|---|---|---|
| **Land:** | 30,000 | 30,000 | | |
| **Improvements** | 75,900 | 62,600 | | |
| **Total:** | 105,900 | 92,600 | 92,600 | 92,600 |
| **Preferential Land:** | 0 | | | 0 |

### Transfer Information

| Seller: T&B MARKETING, LLC | Date: 02/04/2013 | Price: $26 |
|---|---|---|
| Type: NON-ARMS LENGTH OTHER | Deed1: FMC /14933/ 0411 | Deed2: |
| Seller: ALLEN, DAWN A. | Date: 02/04/2013 | Price: $18 |
| Type: NON-ARMS LENGTH OTHER | Deed1: FMC /14933/ 0406 | Deed2: |
| Seller: LUMPKINS, LEE W. | Date: 08/23/2005 | Price: $98 |
| Type: NON-ARMS LENGTH OTHER | Deed1: FMC /06717/ 01365 | Deed2: |

### Exemption Information

| Partial Exempt Assessments: | Class | 07/01/2013 | 07/01 |
|---|---|---|---|
| County: | 000 | 0.00 | |
| State: | 000 | 0.00 | |
| Municipal: | 000 | 0.00\|0.00 | 0.00\|0 |

| Tax Exempt: | Special Tax Recapture: |
|---|---|
| Exempt Class: | NONE |

### Homestead Application Information

**Homestead Application Status:** No Application

Real Property Data Search ( w1)

Search Result for BALTIMORE CITY

| View GroundRent Redemption | View GroundRent Registration |
|---|---|
| **Account Identifier:** | Ward - 27 Section - 49 Block - 5165C Lot - 043 |

### Owner Information

| | | | |
|---|---|---|---|
| **Owner Name:** | MERR GROUP LLC | **Use:** **Principal Residence:** | RESI NO |
| **Mailing Address:** | 5825 FALKIRK RD BALTIMORE MD 21239-0000 | **Deed Reference:** | 1) /13 2) |

### Location & Structure Information

| | | | |
|---|---|---|---|
| **Premises Address:** | 5205 CRAIG AVE BALTIMORE 21212-4229 | **Legal Description:** | 20X1 |

| Map: | Grid: | Parcel: | Sub District: | Subdivision: | Section: | Block: | Lot: | Assessment Year: |
|---|---|---|---|---|---|---|---|---|
| 0027 | 0000 | 0000 | | 0000 | 49 | 5165C | 043 | 2013 |

| **Special Tax Areas:** | | **Town:** **Ad Valorem:** **Tax Class:** | NONE |
|---|---|---|---|

| Primary Structure Built | Above Grade Enclosed Area | Finished Basement Area | Property Land Area |
|---|---|---|---|
| 1925 | 1,600 SF | | |

| Stories | Basement | Type | Exterior | Full/Half Bath | Garage | Last Major Renova |
|---|---|---|---|---|---|---|
| 2.000000 | YES | END UNIT | BRICK | 1 full | | |

### Value Information

| | Base Value | Value As of 01/01/2013 | Phase-in Assessments As of 07/01/2013 | As of 07/01/ |
|---|---|---|---|---|
| **Land:** | 24,000 | 24,000 | | |
| **Improvements** | 51,000 | 64,200 | | |
| **Total:** | 75,000 | 88,200 | 79,400 | 83,800 |
| **Preferential Land:** | 0 | | | 0 |

### Transfer Information

| | | |
|---|---|---|
| Seller: T & B MARKETING, LLC | Date: 08/05/2011 | Price: $12, |
| Type: NON-ARMS LENGTH OTHER | Deed1: FMC /13675/ 0480 | Deed2: |
| Seller: CITIMORTGAGE, INC | Date: 08/05/2011 | Price: $6,5 |
| Type: NON-ARMS LENGTH OTHER | Deed1: FMC /13675/ 0475 | Deed2: |
| Seller: FEDERAL NATIONAL MORTGAGE | Date: 06/15/2011 | Price: $87, |
| Type: NON-ARMS LENGTH OTHER | Deed1: FMC /13561/ 0346 | Deed2: |

### Exemption Information

| Partial Exempt Assessments: | Class | 07/01/2013 | 07/01 |
|---|---|---|---|
| County: | 000 | 0.00 | |
| State: | 000 | 0.00 | |
| Municipal: | 000 | 0.00\|0.00 | 0.00\|0 |

| Tax Exempt: | Special Tax Recapture: | |
|---|---|---|
| Exempt Class: | NONE | |

### Homestead Application Information

**Homestead Application Status:** No Application

Real Property Data Search ( w1)

Search Result for BALTIMORE CITY

| View GroundRent Redemption | View GroundRent Registration |
|---|---|
| **Account Identifier:** | Ward - 27 Section - 03 Block - 5616 Lot - 013 |

### Owner Information

| **Owner Name:** | MERR GROUP LLC | **Use:** **Principal Residence:** | RESI NO |
|---|---|---|---|
| **Mailing Address:** | 7603 HARFORD RD BALTIMORE MD 21234-0000 | **Deed Reference:** | 1) /14 2) |

### Location & Structure Information

| **Premises Address:** | 3031 WESTFIELD AVE BALTIMORE 21214-1434 | | | | **Legal Description:** | | 50X1 |
|---|---|---|---|---|---|---|---|
| **Map:** 0027 | **Grid:** 0000 | **Parcel:** 0000 | **Sub District:** | **Subdivision:** 0000 | **Section:** 03 | **Block:** 5616 | **Lot:** 013 | **Assessment Year:** 2013 |

| **Special Tax Areas:** | | **Town:** **Ad Valorem:** **Tax Class:** | NONE |
|---|---|---|---|

| **Primary Structure Built** 1918 | **Above Grade Enclosed Area** 1,255 SF | **Finished Basement Area** | **Property Land Area** 7,400 SF |
|---|---|---|---|
| **Stories** 1.500000 | **Basement** YES | **Type** STANDARD UNIT | **Exterior** SIDING | **Full/Half Bath** 1 full | **Garage** | **Last Major Ren** |

### Value Information

| | Base Value | Value As of 01/01/2013 | Phase-in Assessments As of 07/01/2013 | As of 07/01/ |
|---|---|---|---|---|
| **Land:** | 52,200 | 52,100 | | |
| **Improvements** | 73,000 | 68,100 | | |
| **Total:** | 125,200 | 120,200 | 120,200 | 120,20 |
| **Preferential Land:** | 0 | | | 0 |

### Transfer Information

| Seller: BIALEK, WILLIAM J. | Date: 09/11/2012 | Price: $75 |
|---|---|---|
| Type: NON-ARMS LENGTH OTHER | Deed1: FMC /14562/ 0138 | Deed2: |
| Seller: BIALEK, WILLIAM J. | Date: 09/04/2001 | Price: $0 |
| Type: NON-ARMS LENGTH OTHER | Deed1: FMC /01691/ 00312 | Deed2: |
| Seller: BIALEK ETAL, WILLIAM J | Date: 07/06/2001 | Price: $38 |
| Type: NON-ARMS LENGTH OTHER | Deed1: FMC /01529/ 00046 | Deed2: |

### Exemption Information

| **Partial Exempt Assessments:** | Class | | 07/01/2013 | 07/01 |
|---|---|---|---|---|
| County: | 000 | | 0.00 | |
| State: | 000 | | 0.00 | |
| Municipal: | 000 | | 0.00|0.00 | 0.00|0 |
| **Tax Exempt:** | | **Special Tax Recapture:** | | |
| **Exempt Class:** | | NONE | | |

### Homestead Application Information

**Homestead Application Status:** No Application

Real Property Data Search ( w1)

Search Result for BALTIMORE CITY

| View GroundRent Redemption | | View GroundRent Registration |
|---|---|---|
| **Account Identifier:** | Ward - 16 Section - 19 Block - 2454 Lot - 012 | |

### Owner Information

| **Owner Name:** | MERR GROUP LLC | **Use:** | RESI |
|---|---|---|---|
| | | **Principal Residence:** | NO |
| **Mailing Address:** | 3102 BELMONT AVE BALTIMORE MD 21216-3805 | **Deed Reference:** | 1) /14 2) |

### Location & Structure Information

| **Premises Address:** | 3102 BELMONT AVE BALTIMORE 21216-3805 | | | | | | **Legal Description:** | 20X1 |
|---|---|---|---|---|---|---|---|---|
| **Map:** 0016 | **Grid:** 0000 | **Parcel:** 0000 | **Sub District:** | **Subdivision:** 0000 | **Section:** 19 | **Block:** 2454 | **Lot:** 012 | **Assessment Year:** 2012 |
| **Special Tax Areas:** | | | | | **Town:** **Ad Valorem:** **Tax Class:** | | | NONE |
| **Primary Structure Built** 1926 | | **Above Grade Enclosed Area** 1,200 SF | | | **Finished Basement Area** | | **Property Land Area** | |
| **Stories** 2.000000 | **Basement** | **Type** CENTER UNIT | | **Exterior** BRICK | **Full/Half Bath** 1 full | | **Garage** | **Last Major Renov** |

### Value Information

| | Base Value | Value As of 01/01/2012 | Phase-in Assessments As of 07/01/2013 | As of 07/01/ |
|---|---|---|---|---|
| **Land:** | 35,000 | 20,000 | | |
| **Improvements** | 53,900 | 65,500 | | |
| **Total:** | 88,900 | 85,500 | 85,500 | 85,500 |
| **Preferential Land:** | 0 | | | 0 |

### Transfer Information

| Seller: T & B MARKETING LLC | Date: 01/25/2012 | Price: $30 |
|---|---|---|
| Type: ARMS LENGTH IMPROVED | Deed1: FMC /14022/ 0406 | Deed2: |
| Seller: MCKEITHAN II, THOMAS L. | Date: 01/25/2012 | Price: $18 |
| Type: ARMS LENGTH IMPROVED | Deed1: FMC /14022/ 0398 | Deed2: |
| Seller: WHITAKER, BERNARD A. | Date: 12/15/2006 | Price: $95 |
| Type: ARMS LENGTH IMPROVED | Deed1: FMC /08753/ 00275 | Deed2: |

### Exemption Information

| **Partial Exempt Assessments:** | **Class** | 07/01/2013 | 07/01 |
|---|---|---|---|
| County: | 000 | 0.00 | |
| State: | 000 | 0.00 | |
| Municipal: | 000 | 0.00\|0.00 | 0.00\|0 |
| **Tax Exempt:** | **Special Tax Recapture:** | | |
| **Exempt Class:** | NONE | | |

### Homestead Application Information

**Homestead Application Status:** No Application