IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**UNITED STATES OF AMERICA**

        vs.                                    Case No. 1:13-cr-00587-GLR

**JEROME ADOLFO CASTLE**

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**MOTION FOR AN ORDER DIRECTING THE BUREAU OF PRISONS TO REVIEW DEFENDANT'S BUREAU OF PRISONS DESIGNATION**

The Defendant, Jerome Adolfo Castle ("Mr. Castle"), through his counsel, hereby respectfully requests an Order directing the Bureau of Prisons to review Mr. Castle's designation, and undertake best efforts designate, or transfer, Mr. Castle to a facility closer to the State of Maryland. In support of this request, the defendants state the following:

1.      On February 28, 2014, Defendant Castle was sentenced to 168 months to run concurrent with the sentence imposed in case number 1:13-cr-00219-GLR. During the sentencing hearing, Mr. Castle asked the Court to recommend two facilities to the Bureau of Prisons, FCI at <u>Fort Dix</u> in New Jersey or <u>Allenwood</u> in Pennsylvania. Understanding that pursuant to 18 U.S.C. § 3621(b) the Bureau of Prisons has the ultimate say, Mr. Castle's hope was to serve his 168 month sentence at a location that was close to his children, which also gave him the opportunity to take college courses.

2. On March 13, 2014, this Honorable Court issued its Judgment and Commitment Order, and provided the following recommendations to the Bureau of Prisons:

> …that the defendant participate in any substance abuse program for which he may be eligible including the Residential Drug Abuse Program; and (2)that the defendant be designated to either FCI at <u>Fort Dix</u> in New Jersey or <u>Allenwood</u> in Pennsylvania for service of his sentence.

*See* (Dkt. Entry 13, filed on 3/13/14, at p. 2)

3. Upon information and belief, the Bureau of Prisons designated Mr. Castle to FCI Oakdale, Louisiana. Mr. Castle's current location is the Federal Transfer Center (FTC) Oklahoma City, Oklahoma. All of Mr. Castle's four children (Jaylia -18 months old; Jamira- 5 years old; Jaylen – 14 years old; Jovae- 15 years old) live in the Baltimore, Maryland area. The time and cost involved in travel from Baltimore to Louisiana will undoubtedly be great. Inasmuch, any hope of Mr. Castle's children visiting him over the next 168 months has been dashed as a result of the Oakdale, Louisiana designation.

4. Undersigned counsel spoke with Bureau of Prisons employee Cory Clark, who was responsible for Mr. Castle's designation. Mr. Clark explained that Mr. Castle's designation was based primarily upon available bed-space. Mr. Clark explained that at the time of Mr. Castle's designation there were no available beds at FCI at <u>Fort Dix</u> in New Jersey or <u>Allenwood</u> in Pennsylvania. Both facilities were overcrowded. Mr. Clark explained that the Oakdale, Louisiana facility was selected because it had space, and it

was designed to accommodate non-United States Citizens that had sentences over ninety (90) months.

**WHEREFORE**, Mr. Castle respectfully requests that this Court issue an Order directing the Bureau of Prisons to review Mr. Castle's designation, and undertake best efforts designate or transfer Mr. Castle to a facility closer to the State of Maryland, so that Mr. Castle will be in closer proximity to his family in Maryland, and also have the opportunity to take college courses.

Respectfully submitted,

_____/s/_____
Matthew A. S. Esworthy, Esq.
Paul Mark Sandler, Esq.
Shapiro, Sher, Guinot & Sandler, P.A.
36 South Charles Steet, Suite 2000
Baltimore, Maryland 21201-3104
(410) 385-4222
(410) 539-7611
*Attorneys for Defendant*