IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | **CRIM. NOS. GLR-13-0587** |
| **JEROME ADOLFO CASTLE,** | * | |
| **Defendant.** | * | |
| | * | |

## MOTION TO WITHDRAW AS COUNSEL

The undersigned counsel for Defendant Jerome Adolfo Castle hereby moves to withdraw his appearance and states as follows:

1. Counsel was retained to represent Defendant and entered his appearance on March 1, 2015.

2. Counsel has recently been nominated to become U.S. Attorney for the District of Maryland and, thus, now has a conflict of interest in this matter.

WHEREFORE, undersigned counsel asks that the court grant this Motion to Withdraw as Counsel.

    Respectfully Submitted,

    */s/ Erek L. Barron*
    Erek L. Barron, Esq.
    Whiteford, Taylor & Preston L.L.P.
    111 Rockville Pike, Suite 800
    Rockville, MD 20850
    301.804.3613
    ebbaron@wtplaw.com

    *Counsel for Defendant*

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 28th day of September, 2021, I caused this *Motion to Withdraw as Counsel* to be filed electronically with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to all registered CM/ECF users in this matter.

I also hereby certify that on this 28th day of September, 2021, I caused this Motion to Withdraw as Counsel to be sent to Defendant at the following address:

>Jerome Adolfo Castle, #37377-083
>FCI Danbury
>Federal Correctional Institution
>Route 37
>Danbury, CT  06811

>*/s/ Erek L. Barron*
>*Counsel for Defendant*

11965602